```
1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division
4
    THOMAS A. COLTHURST (CABN 99493)
5   Assistant United States Attorney

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408)-535-5065
       Fax: (408)-535-5066
8      E-Mail: tom.colthurst@usdoj.gov

9   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 13-CR-00045-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER ON MOTION TO ALLOW DISCLOSURE OF SEALED SEARCH WARRANT, TAX RETURN DISCLOSURE AND ELECTRONIC SURVEILLANCE MATERIALS IN DISCOVERY AND MOTION TO SEAL APPLICATION AND ORDER |
| JORGE ARMANDO DIAZ BELTRAN, MARIBEL PEREZ GALLEGOS, and ANNA ROSA PRADO, | ) | |
| Defendant. | ) | |

Application having been made on behalf of the UNITED STATES OF AMERICA, by Thomas A. Colthurst, Assistant United States Attorney, for an order authorizing the government to furnish copies of documents filed with the Court under seal concerning search warrants and electronic surveillance, and ordering that such filings remain sealed for all other purposes, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that copies of the following documents may be provided to each of the defendants and their attorneys in the instant matter:

ORDER AUTHORIZING DISCLOSURE

A. The applications, orders, affidavits, sealing orders and 15-day reports for the wiretap orders listed below:

| DATE OF WARRANT/ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| October 12, 2012 | CR 12 90711 MISC EJD | wiretap for Cellular Telephone (831) 406-4580 |
| November 5, 2012 | CR 12 90776 MISC LHK | wiretap for Cellular Telephone Number (323) 481-0191 |

B. The applications and orders (and warrants and sealing orders, if applicable) for the following:

PEN REGISTER ORDERS:

| DATE OF WARRANT/ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| August 7, 2012 | CR 12 90553 MISC HRL | pen register order for Cellular Telephone Numbers (323) 481-0191 and (831) 406-4580 |
| October 20, 1012 | CR 12 90704 MISC HRL | pen register order for Cellular Telephone Numbers (323) 481-0191 and (831) 406-4580 |

WARRANTS FOR PRECISE CELLULAR TELEPHONE LOCATIONS:

| DATE OF WARRANT/ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| August 7, 2012 | CR 12 90554 MISC HRL | warrant for precise location for Cellular Telephone Number (323) 481-0191 |
| September 7, 2012 | CR 12 90628 MISC PSG | warrant for precise location for Cellular Telephone Number (323) 481-0191 |
| October 12, 2012 | CR 12 90710 MISC HRL | warrant for precise location for Cellular Telephone Number (323) 481-0191 |
| December 6, 2012 | CR 12 90841 MISC HRL | warrant for precise location for Cellular Telephone Number (323) 309-4477 |
| January 10, 2013 | CR13 90022 MISC HRL | warrant for precise location for Cellular Telephone Number (323) 309-4477 |

SEARCH WARRANTS:

| DATE OF WARRANT/ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| January 18, 2013 | 13-142M (C.D. Cal.) | warrant for 435 Margaret Avenue #6, Los Angeles, California |
| January 28, 2013 | CR 12 70228 MISC HRL | Warrant for Cellular Telephones seized from Jorge Armando Diaz Beltran and Maribel Perez Gallegos |

IT IS FURTHER ORDERED that the above-mentioned documents shall not be disseminated or disclosed to anyone other than the named defendants or their counsel, or the staff of their counsel (secretaries, paralegals, clerical staff and attorneys employed by counsel and/or counsel's law firm and nonemployees engaged by counsel and under counsel's supervision who assist in counsel's representation of one of the named defendants), except upon the express authorization of this Court.  Information obtained from the above-mentioned documents may be discussed with third parties only to the extent necessary for the investigation and preparation of a named defendant's defense, *provided* that in no case shall the discussion of such information involve the disclosure to any third party of the document that is the source of the information or that the source of the information is an affidavit or other document filed under seal.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

DATED:   3/18/13

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge